UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JOAN LOUW-DEFAZIO and DANIEL CONCANNON; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVVO, INC.,<br><br>Defendant. | No. 2:25-cv-00868-JHC<br><br>STIPULATED MOTION AND ORDER EXTENDING TIME FOR DEFENDANT AVVO, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT |

**STIPULATION**

Plaintiffs Joan Louw-DeFazio and Daniel Concannon and Defendant Avvo, Inc. stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. The deadline for Avvo to answer or otherwise respond to Plaintiffs' Complaint is June 4, 2025.

2. The parties have agreed to an extension of the deadline for Avvo to answer or otherwise respond to the Complaint to July 7, 2025.

3. The requested extension will not affect any other dates in this case, and is the first extension request made by the parties.

4. The parties respectfully request that the Court enter the order set forth below, approving the requested extension.

STIPULATED MOTION AND ORDER TO EXTEND TIME
FOR DEF. TO RESPOND TO COMPLAINT (2:25-cv-00868-JHC) - 1

DATED this 21st day of May, 2025.

| NICK MAJOR LAW, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Nicholas R. Major*<br>    Nicholas R. Major, WSBA #49579<br>450 Alaskan Way S., #200<br>Seattle, WA 98104<br>Tel: 206.410.5688<br>nick@nickmajorlaw.com | By: *s/ Ambika Kumar*<br>    Ambika Kumar, WSBA #38237<br>    Bianca Chamusco, WSBA #54103<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206.622.3150<br>ambikakumar@dwt.com<br>biancachamusco@dwt.com |
| HEDIN LLP<br>Frank S. Hedin, *pro hac vice*<br>1395 Brickell Ave., Suite 610<br>Miami, FL 33131<br>Tel: 305.357.2107<br>fhedin@hedinllp.com | *Attorneys for Defendant Avvo, Inc.* |
| HEDIN LLP<br>Tyler K. Somes, *pro hac vice*<br>1100 15th Street NW, Ste. 04-108<br>Washington, D.C. 20005<br>Tel: 202.900.3331<br>tsomes@hedinllp.com | |
| *Attorneys for Plaintiffs and Putative Classes* | |

**ORDER**

Based on the above stipulation, it is ORDERED that the time for Defendant Avvo, Inc. to answer or otherwise respond to Plaintiffs' Complaint in this action is extended to and including July 7, 2025.

DATED this 21st day of May, 2025.

                                              JOHN H. CHUN
                                              UNITED STATES DISTRICT JUDGE