The Honorable John H. Chun

## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON
## AT SEATTLE

| | |
|---|---|
| JOAN LOUW-DEFAZIO and DANIEL CONCANNON; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVVO, INC.,<br><br>Defendant. | No. 2:25-cv-00868-JHC<br><br>STIPULATED MOTION AND [PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT AVVO, INC. TO RESPOND TO PLAINTIFFS' COMPLAINT<br><br>NOTE ON MOTION CALENDAR:<br>July 2, 2025 |

### STIPULATION

Plaintiffs Joan Louw-DeFazio and Daniel Concannon and Defendant Avvo, Inc. stipulate to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. The deadline for Avvo to answer or otherwise respond to Plaintiffs' Complaint is July 7, 2025.

2. Avvo intends to file an expedited notice to dismiss under Washington's Uniform Public Expression Protection Act ("UPEPA"), RCW 4.105 et seq. Avvo provided Plaintiffs notice of this intent on June 30, 2025, triggering a 14-day period after which Avvo will file its UPEPA motion. Avvo also intends to seek dismissal under Rule 12(b)(6).

3. The parties agree that it would be more efficient for Avvo to file a single brief

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEF. TO RESPOND TO COMPLAINT (2:25-cv-00868-JHC) - 1
4918-6528-8517v.4 -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

combining its UPEPA and Rule 12(b)(6) arguments on July 14, 2025, rather than a motion to dismiss under Rule 12(b)(6) on July 7 and a UPEPA motion on July 14. They thus agree Avvo's response deadline should be moved to July 14, 2025.

4. The requested extension will not affect any other dates in this case.

5. The parties respectfully request that the Court enter the order set forth below, approving the requested extension.

DATED this 2nd day of July, 2025.

| NICK MAJOR LAW, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Nicholas R. Major*<br>    Nicholas R. Major, WSBA #49579<br>450 Alaskan Way S., #200<br>Seattle, WA 98104<br>Tel: 206.410.5688<br>nick@nickmajorlaw.com | By: *s/ Ambika Kumar*<br>    Ambika Kumar, WSBA #38237<br>    Bianca Chamusco, WSBA #54103<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206.622.3150<br>ambikakumar@dwt.com<br>biancachamusco@dwt.com |
| HEDIN LLP<br>Frank S. Hedin, *pro hac vice*<br>1395 Brickell Ave., Suite 610<br>Miami, FL 33131<br>Tel: 305.357.2107<br>fhedin@hedinllp.com | *Attorneys for Defendant Avvo, Inc.* |
| HEDIN LLP<br>Tyler K. Somes, *pro hac vice*<br>1100 15th Street NW, Ste. 04-108<br>Washington, D.C. 20005<br>Tel: 202.900.3331<br>tsomes@hedinllp.com | |
| *Attorneys for Plaintiffs and Putative Classes* | |

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEF. TO RESPOND TO COMPLAINT (2:25-cv-00868-JHC) - 2
4918-6528-8517v.4 -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**ORDER**

Based on the above stipulation, it is ORDERED that the time for Defendant Avvo, Inc. to answer or otherwise respond to Plaintiffs' Complaint in this action is extended to and including July 14, 2025.

DATED this _____ day of _____, 2025.

_____
UNITED STATES DISTRICT JUDGE

Presented by:

| NICK MAJOR LAW, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: *s/ Nicholas R. Major*<br>     Nicholas R. Major, WSBA #49579<br>450 Alaskan Way S., #200<br>Seattle, WA 98104<br>Tel: 206.410.5688<br>nick@nickmajorlaw.com | By: *s/ Ambika Kumar*<br>     Ambika Kumar, WSBA #38237<br>     Bianca Chamusco, WSBA #54103<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206.622.3150<br>ambikakumar@dwt.com<br>biancachamusco@dwt.com |
| HEDIN LLP<br>Frank S. Hedin, *pro hac vice*<br>1395 Brickell Ave., Suite 610<br>Miami, FL 33131<br>Tel: 305.357.2107<br>fhedin@hedinllp.com | *Attorneys for Defendant Avvo, Inc.* |
| HEDIN LLP<br>Tyler K. Somes, *pro hac vice*<br>1100 15th Street NW, Ste. 04-108<br>Washington, D.C. 20005<br>Tel: 202.900.3331<br>tsomes@hedinllp.com | |

*Attorneys for Plaintiffs and Putative Classes*

STIPULATED MOTION AND [PROPOSED] ORDER TO EXTEND TIME
FOR DEF. TO RESPOND TO COMPLAINT (2:25-cv-00868-JHC) - 3
4918-6528-8517v.4 -

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax