UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DANIEL CONCANNON; individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>AVVO, INC.,<br><br>Defendant. | No. 2:25-cv-00868-JHC<br><br>STIPULATED MOTION AND ORDER EXTENDING DEADLINE TO RESPOND TO DEFENDANT'S SPECIAL MOTION FOR EXPEDITED DISMISSAL AND MOTION TO DISMISS<br><br>NOTE ON MOTION CALENDAR:<br>July 29, 2025 |

Plaintiff Daniel Concannon and Defendant Avvo, Inc., STIPULATE AND AGREE to the Court's entry of the proposed order set forth below.

In support of this request, the parties represent the following:

1. The deadline for Plaintiff to oppose Defendant's Special Motion for Expedited Dismissal Under RCW 4.105.020 or, In the Alternative, Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) (ECF No. 16) (the "Motion") is August 14, 2025;

2. Counsel for Plaintiff has numerous other deadlines pending in separate matters between now and the current opposition deadline, as well as pre-planned travel and vacations;

3. The parties have agreed to extend the deadline for Plaintiff to oppose the Motion to September 15, 2025;

4. The parties have agreed to extend the deadline for Defendant to reply to September 29, 2025;

5. The requested extensions will not affect any other dates in this case, and this is the first request for an extension of the opposition and reply deadlines made by the parties;

6. The parties respectfully request that the Court enter the order set forth below, approving the requested extensions.

| NICK MAJOR LAW, PLLC | DAVIS WRIGHT TREMAINE LLP |
|---|---|
| By: s/ *Nicholas R. Major*<br>Nicholas R. Major, WSBA #49579<br>450 Alaskan Way S., #200<br>Seattle, WA 98104<br>Tel: 206.410.5688<br>nick@nickmajorlaw.com | By: *s/ Ambika Kumar*<br>Ambika Kumar, WSBA #38237<br>Bianca Chamusco, WSBA #54103<br>920 Fifth Avenue, Suite 3300<br>Seattle, WA 98104-1610<br>Tel: 206.622.3150<br>ambikakumar@dwt.com<br>biancachamusco@dwt.com |
| HEDIN LLP<br>Frank S. Hedin, *pro hac vice*<br>1395 Brickell Ave., Suite 610<br>Miami, FL 33131<br>Tel: 305.357.2107<br>fhedin@hedinllp.com | *Attorneys for Defendant Avvo, Inc.* |
| HEDIN LLP<br>Tyler K. Somes, *pro hac vice*<br>1100 15th Street NW, Ste. 04-108<br>Washington, D.C. 20005<br>Tel: 202.900.3331<br>tsomes@hedinllp.com | |

*Attorneys for Plaintiffs and Putative Classes*

**ORDER**

Based on the above stipulation, it is ORDERED that the time for Plaintiffs to oppose the Motion is extended to and including September 15, 2025, and the time for Defendant Avvo, Inc. to reply is extended to and including September 29, 2025.

DATED this 29th day of July, 2025.

*[signature: John H. Chun]*

JOHN H. CHUN
UNITED STATES DISTRICT JUDGE