The Honorable John H. Chun

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# SEATTLE DIVISION

| | |
|---|---|
| DANIEL CONCANNON, individually and on behalf of all others similarly situated,<br><br>         Plaintiff,<br><br>    v.<br><br>AVVO, INC.<br><br>         Defendant. | Case No. 2:25-cv-00868-JHC<br><br>Note on Motion Calendar:<br><br>September 29, 2025 |

**PLAINTIFF'S NOTICE OF WITHDRAWAL OF**
**CERTAIN STATEMENTS FROM HIS OPPOSITION BRIEF**

Plaintiff Daniel Concannon respectfully submits this Notice withdrawing certain statements from his Opposition to Defendant's Special Motion for Expedited Dismissal Under RCW 4.105.020 or, In the Alternative, Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6). *See* ECF No. 20 (the "Opposition").

Plaintiff's Notice of Withdrawal of Certain
Statements From His Opposition Brief - 1
(Case No. 2:25-cv-00868-JHC)

HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
(305) 357-2107

As background, Defendant filed its Special Motion for Expedited Dismissal Under RCW 4.105.020 or, In the Alternative, Motion to Dismiss for Failure to State a Claim Under Rule 12(b)(6) on July 7, 2025. ECF No. 16 (the "Motion"). Plaintiff filed his Opposition on September 15, 2025. ECF No. 20. Defendant's Reply is due on September 29, 2025. *See* ECF No. 18.

On September 26, 2025, Defendant's counsel contacted Plaintiff's counsel regarding the veracity of certain statements in the Opposition. These statements all concern the Opposition's contention that no "sponsored listings" (or advertising for businesses other than Defendant's own) appear on Plaintiff's "profile" page. Defendant's counsel advised Plaintiff's counsel that, at least on certain dates, "sponsored listings" for lawyers had, in fact, appeared on the "profile" page.

Plaintiff does not concede, as a factual matter, that "sponsored listings" *consistently* appeared on his "profile" page during the relevant period. Nor does Plaintiff's counsel understand Defendant's counsel to be representing otherwise, based on their conversation. Indeed, not all "profile" pages on Defendant's website contain "sponsored listings" and the pages change over time. For example, the "profile" corresponding to one of Plaintiff's own attorneys in this action does not (at least presently) contain any "sponsored listings," nor any advertisements for businesses, products, or services other than Defendant's own.[1]

Nevertheless, Plaintiff provides notice to the Court that he is withdrawing certain statements from the Opposition which allege that no "sponsored listings" (or advertisements for businesses other than Defendant's own) appear on his "profile" page. Plaintiff withdraws these statements, out of an abundance of caution, on the

---

[1] *See* "Tyler Somes – Lawyer in Austin, TX – Avvo," accessible at: https://www.avvo.com/attorneys/78746-tx-tyler-somes-5008019.html (last accessed September 26, 2025).

Plaintiff's Notice of Withdrawal of Certain
Statements From His Opposition Brief - 2
(Case No. 2:25-cv-00868-JHC)

HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
(305) 357-2107

same day that Defendant's counsel initiated her communication with Plaintiff's counsel about this matter. Plaintiff's theory of liability does not turn on the "sponsored listings," but rather on the advertisements for Defendant's *own* products and services appearing on his "profile" page, and his First Amendment argument therefore is not substantively affected by the withdrawn statements.

The withdrawn statements are identified in blue text with strikethroughs in the corrected (e.g., "redline") version of the Opposition attached as **Exhibit A**. For the convenience of the Court, a "clean" version of the corrected Opposition (e.g. a version omitting the withdrawn statements) is attached as **Exhibit B**.

Dated:    September 26, 2025            Respectfully submitted,

By: /s/ *Nick Major*

**NICK MAJOR LAW**
NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

**HEDIN LLP**
FRANK S. HEDIN (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

**HEDIN LLP**
TYLER K. SOMES (*pro hac vice*)
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005

Plaintiff's Notice of Withdrawal of Certain
Statements From His Opposition Brief - 3
(Case No. 2:25-cv-00868-JHC)

HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
(305) 357-2107

Telephone: (202) 900-3331
E-Mail: tsomes@hedinllp.com

*Attorneys for Plaintiff and the Putative Classes*

Plaintiff's Notice of Withdrawal of Certain
Statements From His Opposition Brief - 4
(Case No. 2:25-cv-00868-JHC)

HEDIN LLP
1395 Brickell Avenue, Suite 610
Miami, Florida 33131
(305) 357-2107