The Honorable John H. Chun

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

DANIEL CONCANNON; individually and on behalf of all others similarly situated,

    Plaintiff,

v.

AVVO, INC.,

    Defendant.

Case No.  2:25-cv-00868-JHC

**JOINT NOTICE OF SETTLEMENT**

Plaintiff Daniel Concannon ("Plaintiff") and Defendant Avvo, Inc. ("Defendant") (together with Plaintiff, the "Parties") hereby give notice of the settlement of Plaintiff's claims in principle on an individual basis.  Plaintiff expects to file a notice of dismissal pursuant to Rule 41(a)(1)(A)(i) within forty-five days of the date of this Notice.

Joint Notice of Settlement
Case No. 2:25-cv-00868-JHC

- 1 -

**HEDIN LLP**
1395 Brickell Ave.,
Suite 1140
Miami, Florida 33131
Phone: (305) 357-2107

| | |
|---|---|
| Dated: December 16, 2025 | Respectfully submitted, |
| | By: /s/ *Nick Major* |

**NICK MAJOR LAW**
NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

**HEDIN LLP**
FRANK S. HEDIN (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

**HEDIN LLP**
TYLER K. SOMES (*pro hac vice*)
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3331
E-Mail: tsomes@hedinllp.com

*Attorneys for Plaintiff*

**Davis Wright Tremaine LLP**

By: *s/ Ambika Kumar*

Ambika Kumar, WSBA #38237
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
Tel: 206.622.3150
Fax: 206.757.7700
Email: ambikakumar@dwt.com
Email: biancachamusco@dwt.com

*Attorneys for Defendant Avvo, Inc.*

JOINT NOTICE OF SETTLEMENT
CASE NO. 2:25-CV-00868-JHC

- 2 -

HEDIN LLP
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107