1

THE HONORABLE JOHN H. CHUN

2

3

4

5

**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF WASHINGTON**

6

7   DANIEL CONCANNON; individually and on
    behalf of all others similarly situated,

8

9            Plaintiff,
    v.

10  AVVO, INC.,

Case No.  2:25-cv-00868-JHC

11

           Defendant.

12

13

14   **NOTICE OF VOLUNTARY DISMISSAL OF**
     **PLAINTIFF CONCANNON'S CLAIMS**

15

16        Plaintiff Daniel Concannon hereby gives notice under Fed. R. Civ. P. 41(a)(1)(A)(i) of

the voluntary dismissal without prejudice of his claims in the above-captioned action.

17

18

19

20

21

22

23

NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF DANIEL CONCANNON'S CLAIMS
CASE NO. 2:25-CV-00868-JHC

- 1 -

**HEDIN LLP**
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

Dated: January 13, 2025

Respectfully submitted,

By: /s/ *Nick Major*

**NICK MAJOR LAW**
NICK MAJOR
450 Alaskan Way S. #200
Seattle, WA 98104
Telephone: (206) 410-5688
E-Mail: nick@nickmajorlaw.com

**HEDIN LLP**
FRANK S. HEDIN (*pro hac vice*)
1395 Brickell Ave, Suite 610
Miami, Florida 33131
Telephone: (305) 357-2107
E-Mail: fhedin@hedinllp.com

**HEDIN LLP**
TYLER K. SOMES (*pro hac vice*)
1100 15th Street NW, Ste 04-105K
Washington, D.C. 20005
Telephone: (202) 900-3331
E-Mail: tsomes@hedinllp.com

*Attorneys for Plaintiff and the Putative Classes*

NOTICE OF VOLUNTARY DISMISSAL
OF PLAINTIFF DANIEL CONCANNON'S CLAIMS
CASE NO. 2:25-CV-00868-JHC

**HEDIN LLP**
1395 BRICKELL AVE.,
SUITE 1140
MIAMI, FLORIDA 33131
PHONE: (305) 357-2107